IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES HOLMES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-988 |
| | : | |
| CORRECTIONAL OFFICER WHITESIDE, et al. | : : | |

| | | |
|---|---|---|
| JAMES HOLMES | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-748 |
| | : | |
| CORRECTIONAL OFFICER WHITESIDE, et al. | : : | |

## **ORDER**

AND NOW, this 26th day of July, 2011, it is ORDERED Defendants' Motions to Dismiss Plaintiff's Complaints in Civil Action No. 11-988 (Document 15) and in Civil Action No. 11-748 (Document 14) are GRANTED.  The above-captioned civil actions are DISMISSED with prejudice.  The Clerk of Court is DIRECTED to mark these cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.